UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

       - v. -                         :   **UNSEALING ORDER**

ARTHUR HAYES,                     :
BENJAMIN DELO,
SAMUEL REED, and                      20 Cr. 500
GREGORY DWYER,                    :

           Defendants.         :

- - - - - - - - - - - - - - - - - - X

      Upon application of the United States of America, by and through Assistant United States Attorneys Jessica Greenwood and Samuel L. Raymond, it is hereby ORDERED that Criminal Indictment 20 Cr. 500, which was returned under seal on September 21, 2020, be unsealed immediately.

SO ORDERED.

Dated:  New York, New York
       October 1, 2020

                                       _____
                                       HONORABLE ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE
                                       SOUTHERN DISTRICT OF NEW YORK