

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 13, 2021

**VIA ECF and EMAIL**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *United States* v. *Arthur Hayes*, 20 Cr. 500

Dear Judge Koeltl:

    The Government respectfully requests, with the defendant's consent, that the Court enter the proposed protective order attached to this letter.

                             Very truly yours,

                             AUDREY STRAUSS
                             United States Attorney


                    by: /s Samuel Raymond
                         Samuel Raymond / Jessica Greenwood
                         Assistant United States Attorneys
                         (212) 637-6519 / 1090

cc: Defense Counsel (via ECF and email)