UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

ARTHUR HAYES, BENJAMIN DELO, SAMUEL REED,
AND GREGORY DWYER

                Defendants.
-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20-CR-500   (JGK)

Defendant ____Benjamin Delo_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

\_\_\_   Initial Appearance/Appointment of Counsel

\_\_\_   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_   Preliminary Hearing on Felony Complaint

\_\_\_   Bail/Revocation/Detention Hearing

_X_   Status and/or Scheduling Conference

\_\_\_   Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defense Counsel's Signature

___Benjamin Delo_____
Print Defendant's Name

___Patrick J. Smith___
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

___5/11/21___
Date

_____
U.S. District Judge