UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

ARTHUR HAYES, BENJAMIN DELO, SAMUEL REED,
AND GREGORY DWYER

                        Defendants.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20-CR-500    (JGK)

Defendant ____Arthur Hayes_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

_X_  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__/s/ James J. Benjamin, Jr._____
Defense Counsel's Signature

___Arthur Hayes_____
Print Defendant's Name

___James J. Benjamin, Jr.___
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

__5/21/21_____
Date

_____
U.S. District Judge