```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

    - against -         20 Cr. 500 (JGK)

ARTHUR HAYES, BENJAMIN DELO, and   ORDER
SAMUEL REED

                Defendants.

JOHN G. KOELTL, District Judge:

The defendants' discovery motions are due **June 4, 2021**. The Government response is due **July 6, 2021**. The defendants' reply is due **July 16, 2021**.

The defendants' substantive motions are due **September 10, 2021**. The Government response is due **October 8, 2021**. The defendants' reply is due **October 18, 2021**.

Requests to charge, voir dire, motions in limine, and Daubert motions are due **December 3, 2021**. Any response is due **December 13, 2021**. Any reply is due **December 20, 2021**.

Conferences are scheduled for **August 11, 2021** at 3:00 p.m. and **January 20, 2022** at 3:00 p.m.

The final pre-trial conference is scheduled for **March 16, 2022**, at 3:00 p.m.

Trial is scheduled for **March 28, 2022** at 9:00 a.m.

SO ORDERED.

Dated:   New York, New York
         May 11, 2021

                                        John G. Koeltl
                                   United States District Judge