```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

   - against -

ARTHUR HAYES, BENJAMIN DELO, and
SAMUEL REED

    Defendants.

20 Cr. 500 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

  The parties are directed to appear for trial on **March 28, 2022** at **9:00 a.m.**

  Because a continuance is needed to allow for the Government to make discovery and for the defendant to review it, because of the complexity of the case, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **May 11, 2021,** until **March 28, 2022,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

  SO ORDERED.

Dated: New York, New York
    May 11, 2021

              _____
                John G. Koeltl
             United States District Judge