

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 7, 2021

**BY ECF AND EMAIL**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street New York, New York 10007

> Re:   *United States v. Arthur Hayes, et al.*, **20 Cr. 500 (JGK)**

Dear Judge Koeltl:

Yesterday evening, the Government submitted to the Court's chamber email address, and copying defense counsel for the above-referenced defendants, a response to the defendants' two June 4, 2021 motions to compel. The Government informed the defendants that it intended to file this response under seal, pending proposed redactions, namely to redact references to materials which the Government has produced to the defendants and designated as "Confidential" or "Sensitive" pursuant to the protective orders that have been entered in this case. The Government therefore respectfully seeks leave from the Court that the response remain under seal, at the present time, while the parties confer on proposed redactions.

The Government is available at the Court's convenience to discuss any questions.

APPLICATION GRANTED
SO ORDERED

*[signature]*
John G. Koeltl, U.S.D.J.

7/7/21.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: /s
Samuel Raymond
Jessica Greenwood
Assistant United States Attorneys
(212) 637-6519

cc: Defense Counsel (via ECF)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/07/2021