

**JAMES JOSEPH BENJAMIN, JR.**
+1 212.872.8091/fax: +1 212.872.1002
jbenjamin@akingump.com

August 2, 2021

VIA ECF

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10001

    Re:    *United States v. Hayes, et al.*, 20 Cr. 500 (JGK)

Dear Judge Koeltl:

    We respectfully submit this letter on behalf of Arthur Hayes to request a modification to his bail conditions. The government and pretrial services consent to this request.

    Mr. Hayes voluntarily surrendered on April 6, 2021, and is currently on bail on the following conditions: a $10M personal recognizance bond, co-signed by one financially responsible person, and secured by $1.5M in cash; maintenance of residence in Singapore; and travel restricted to and from New York (all districts) and points in between necessary for travel.

    On consent, we respectfully request that the Court modify Mr. Hayes' bail conditions to reflect that he will be residing in the Southern District of Florida beginning on or about August 8, 2021; that he will be permitted to travel to and from New York (all districts) and Singapore and all points in between necessary for travel; and that he will comply with Pretrial Services supervision as directed.

    We are happy to answer any questions the Court may have.

                                Respectfully submitted,

                                James Joseph Benjamin, Jr.



August 2, 2021
Page 2

cc:   AUSA Samuel Raymond (*via ECF*)
      AUSA Jessica Greenwood (*via ECF*)
      USPT Courtney DeFeo (*via email*)