UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR HAYES, BENJAMIN DELO, GREGORY DWYER, and SAMUEL REED,<br><br>*Defendants*. | 20 Cr. 500 (JGK)<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF DOUGLAS K. YATTER IN
SUPPORT OF DEFENDANTS' MOTION TO COMPEL
PRODUCTION OF WITNESS-1 DEVICES PURSUANT TO RULE 16**

Douglas K. Yatter, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.      I am a Partner of the law firm Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, and counsel for Defendant Samuel Reed in the above-captioned matter.  I am a member in good standing of the bar of the State of New York and this Court.

2.      I respectfully submit this declaration in support of Defendants Arthur Hayes, Benjamin Delo, and Samuel Reed's Motion to Compel Production of Witness-1 Devices Pursuant to Rule 16.

3.      Pursuant to Local Criminal Rule 16.1, I certify that defense counsel conferred with counsel for the government in a good faith effort to resolve the issues raised by the instant motion and the parties were unable to reach an agreement.

4.      Attached hereto as Exhibit 1 is a true and correct copy of a document bearing bates number US_00018526, which the government produced as a screenshot from Witness-1's iPhone 6s, dated August 10, 2018.

5.     Attached hereto as Exhibit 2 is a true and correct copy of a document labeled 3516-156, which the government produced as a ██████████████████████

6.     Attached hereto as Exhibit 3 is a true and correct copy of a document bearing bates number US_00017644, which the government produced as an image from Witness-1's iPhone 6s, dated December 8, 2018 to December 11, 2018.

7.     Attached hereto as Exhibit 4 is a true and correct copy of a document labeled 3516-1, which the government produced as an FBI Form FD-302, dated October 28, 2019 and reflecting an interview of Witness-1 conducted on October 24, 2019.

8.     Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of a document labeled 3516-12, which the government produced as an FBI Form FD-302, dated February 3, 2020 and reflecting an interview of Witness-1 on November 14, 2019.

9.     Attached hereto as Exhibit 6 is a true and correct copy of an excerpt of a document labeled 3516-14, which the government produced as an FBI Form FD-302, dated February 3, 2020 and reflecting an interview of Witness-1 on November 15, 2019.

10.     Attached hereto as Exhibit 7 is a true and correct copy of an undated document labeled 3516-5, which the government produced as a U.S. Department of Justice "Consent to Search Computer/Electronic Equipment" signed by Witness-1.

11.     Attached hereto as Exhibit 8 is a true and correct copy of a document labeled 3516-4, which the government produced as an FBI Form FD-1057, dated December 4, 2019.

12.     Attached hereto as Exhibit 9 is a true and correct copy of a document labeled 3516-3, which the government produced as an FBI Form FD-1087, dated December 4, 2019.

2

13.     Attached hereto as Exhibit 10 is a true and correct copy of an undated document bearing bates number US_00017516, which the government produced as a photographic image of the exterior of the Witness-1 Hard Drive.

14.     Attached hereto as Exhibit 11 is a true and correct copy of an undated document bearing bates number US_00017517, which the government produced as a photographic image of a component of the Witness-1 Hard Drive.

15.     Attached hereto as Exhibit 12 is a true and correct copy of an excerpt of a document bearing bates number US_00002469 through US_00002485, which the government produced as a Search and Seizure Warrant issued by the United States District Court for the Southern District of New York on December 13, 2019, with accompaning Affidavit of FBI Agent Elizabeth A. Kudirka in Support of Application for Search and Seizure Warrant.

16.     Attached hereto as Exhibit 13 is a true and correct copy of an excerpt of a document bearing bates number US_00002429 through US_00002463, which the government produced as a Search Warrant and Non-Disclosure Order issued by the United States District Court for the Southern District of New York on April 17, 2020, with accompanying Affidavit of FBI Agent Elizabeth A. Kudirka in Support of Application for Search Warrants for Stored Electronic Communications.

17.     Attached hereto as Exhibit 14 is a true and correct copy of an excerpt of a document bearing bates number US_00002596 through US_00002621, which the government produced as a Search Warrant and Non-Disclosure Order issued by the United States District Court for the Southern District of New York on September 29, 2020, with accompanying Affidavit of FBI Agent Elizabeth A. Kudirka in Support of Application for Search Warrants for Stored Electronic Communications.

3

18.    Attached hereto as Exhibit 15 is a true and correct copy of an excerpt of a document labeled 3516-165, which the government produced as an FBI Form FD-302, dated December 11, 2020 and reflecting an interview of Witness-1 on December 3, 2020.

19.    Attached hereto as Exhibit 16 is a true and correct copy of a letter from the government to counsel for Defendant Samuel Reed, dated December 15, 2020.

20.    Attached hereto as Exhibit 17 is a true and correct copy of a letter from counsel for Mr. Reed to the government, dated January 9, 2021.

21.    Attached hereto as Exhibit 18 is a true and correct copy of a letter from the government to counsel for Mr. Reed, dated January 15, 2021.

22.    Attached hereto as Exhibit 19 is a true and correct copy of a letter from the government to counsel for Mr. Reed, dated January 22, 2021.

23.    Attached hereto as Exhibit 20 is a true and correct copy of a letter from counsel for Mr. Reed to the government, dated March 11, 2021.

24.    Attached hereto as Exhibit 21 is a true and correct copy of a letter from counsel for Mr. Reed to the government, dated April 13, 2021.

25.    Attached hereto as Exhibit 22 is a true and correct copy of a letter from the government to counsel for Mr. Reed, dated April 14, 2021.

26.    Attached hereto as Exhibit 23 is a true and correct copy of the transcript of proceedings held before the Court on April 14, 2021.

27.    Attached hereto as Exhibit 24 is a true and correct copy of a letter from counsel for Mr. Reed to the government, dated May 3, 2021.

28.    Attached hereto as Exhibit 25 is a true and correct copy of a letter from the government to counsel for Mr. Reed, dated May 7, 2021.

4

29.    Attached hereto as Exhibit 26 is a true and correct copy of the transcript of proceedings held before the Court on May 11, 2021.

30.    Attached hereto as Exhibit 27 is a true and correct copy of a letter from counsel for Mr. Reed to the government, dated May 19, 2021.

31.    Attached hereto as Exhibit 28 is a true and correct copy of a letter from the government to counsel for Mr. Reed, dated May 21, 2021.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:        June 4, 2021
              New York, New York


_____
Douglas K. Yatter