# EXHIBIT 7

# United States Department of Justice

## CONSENT TO SEARCH COMPUTER/ ELECTRONIC EQUIPMENT

I, _____Witness-1_____, have been asked to give my consent to a search. I have also been informed of my right to refuse to consent to such a search.

I hereby authorize Elizabeth Kudirka and any other person(s) designated by United States Attorney's Office, for the Southern District of New York to search:

(check as many as apply)

☐ The premises at street address _____, and any storage media or other computer/electronic equipment located therein, including internal hard disk drive(s), floppy diskettes, compact disks, scanners, printers, other computer/ electronic hardware or software and related manuals; any other electronic storage devices, including but not limited to, personal digital assistants, cellular telephones, and electronic pagers; and any other media or materials necessary to assist in accessing the stored electronic data.

☑ The following storage media or electronic devices:

iPhone 11 - IMEI ███████████

Description of computer, data storage device, cellular telephone, or other device (make, model and serial number, if available)

iPhone 6s - IMEI ███████████

I consent that search may be for any purpose, and that the search may include the examination of computer data and the use of forensic review techniques. I consent to the search occurring at any time, for any length of time, and at any location.

If any of the devices described above are protected with a password and/or encrypted, I consent to the use of my passwords and/or encryption keys to access the data. The password(s) and/or encryption keys are: _____.

**Sensitive Disclosure Material**

**3516-5**

I certify that I have a right to access or use these devices and all information found in them. I understand that any contraband or evidence on these devices may be used against me in a court of law.

I relinquish any constitutional right to privacy in these electronic devices and any information stored on them.

I authorize United States Attorney's Office, for the Southern District of New York to search to make and keep a copy of any information stored on these devices.

I understand that any such copy will not be my property and that I will have no privacy or possessory interest in the copy.

This written permission is given by me voluntarily. I have not been threatened, placed under duress, or promised anything in exchange for my consent. I have read this form, or it has been read to me, and I understand it.

I understand the [English] language and have been able to communicate with the agents/officers.

I understand that I have the right to withdraw my consent to the United States Attorney's Office, for the Southern District of New York search of my original physical storage media or electronic devices.

I understand that I may ask for a receipt for all things turned over.

Witness-1

_____                                  _____        _____
Signature                                                                          Date and time

Witness-1

_____
Name (printed)

Signature of Witnesses:      _____

                             _____

**Sensitive Disclosure Material**