# EXHIBIT 8

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Consent to Search from <sup>Witness-1</sup>   **Date:** 12/04/2019

**From:** NEW YORK
        NY-C40
        **Contact:** KUDIRKA ELIZABETH A, 212-384-1000

**Approved By:** SSA ANTHONY BIVONA

**Drafted By:** KUDIRKA ELIZABETH A

**Case ID #:** 272B-NY-3139831     (U) BitMex; Arthur Hayes

**Synopsis:** (U) Consent to Search for <sup>Witness-1</sup>    cell phones

**Enclosure(s):** Enclosed are the following items:
1. (U) Consent to search - complete
2. (U) Consent to search - limited

**Details:**

On November 15, 2019, <sup>Witness-1</sup>   ( <sup>Witness-1</sup> ) provided consent for a limited search of an iPhone 6S with IMEI ▌▌▌▌▌▌ for select screenshots and other files identified by <sup>Witness-1</sup> and copied in his presence.

Later on the same day, <sup>Witness-1</sup> provided consent for complete searches of an iPhone 6S with IMEI ▌▌▌▌▌▌ and an iPhone 11 with IMEI ▌▌▌▌▌▌.

Both consent forms were witnessed by Special Agent Elizabeth Kudirka and are preserved in the attached 1A.

♦♦

UNCLASSIFIED

**Sensitive Disclosure Material**                                         **3516-4**