# EXHIBIT 9

FD-1087a (Rev. 5-8-10)

**UNCLASSIFIED**

# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log

**Event Title:**   (U) Hard drive –   Witness-1        **Date:**  12/04/2019
             (protect identity)

**Approved By:** A/SSA ROBERT M. CAPPADONA

**Drafted By:**  MCGEE TODD PATRICK

**Case ID #:** 272B-NY-3139831     (U) BitMex; Arthur Hayes

**Details:**

   On December 4, 2019, a hard drive was was voluntarily shipped to the
FBI by   Witness-1       (protect identity). The drive specifics are the
following;

███████

   SN: █████████

   PSID: █████████████████████████

**Collected From:**   (U)   Witness-1

**Receipt Given?:**  No

**Holding Office:**  NEW YORK

| Item Type | Description |
|---|---|
| 1B Digital | (U)  On December 4, 2019, a hard drive was was voluntarily shipped to the FBI by Witness-1 (protect identity). The drive specifics are the following; |

                       ████████

                  SN: ██████████

**UNCLASSIFIED**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**Sensitive Disclosure Material**                                       **3516-3**

**UNCLASSIFIED**

Title:  (U) Hard drive - Witness-1        (protect identity)
Re:  272B-NY-3139831, 12/04/2019

        PSID:  ███████████████████████
        Collected On:  12/03/2019 11:00 AM EST
        Seizing Individual:  MCGEE TODD PATRICK
        Located By:  MCGEE TODD PATRICK
        Device Type:  Hard Drive
        Make:  ████████
        Model:  HDD 1 TB
        Serial Number:  ██████████
        Number of Devices Collected:  1


    ◆◆

**UNCLASSIFIED**

2

**Sensitive Disclosure Material**