# EXHIBIT 10



Sensitive Disclosure Material

US_00017516