# EXHIBIT 11



Sensitive Disclosure Material

US_00017517