# EXHIBIT 13

Original

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In the Matter of Warrants for All
Content and Other Information
Associated with the Email Account

■ ████████████████

Maintained at Premises Controlled by
Microsoft Corporation, and the Email
Accounts



Maintained at Premises Controlled by
Google LLC, USAO Reference No.
2019R00949

**TO BE FILED UNDER SEAL**

**AGENT AFFIDAVIT**

20 MAG 4007

**Agent Affidavit in Support of Application for Search Warrants
for Stored Electronic Communications**

STATE OF NEW YORK      )
                                         ) ss.
COUNTY OF NEW YORK   )

ELIZABETH A. KUDIRKA, being duly sworn, deposes and says:

**I. Introduction**

    **A.  Affiant**

       1.  I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am a sworn officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated by 18 U.S.C.

2

12.06.2018

US_00002429

**CONFIDENTIAL MATERIAL**

registered email address on BitMEX, is likely to contain information relating to BitMEX and U.S.-based activity on BitMEX for the time period of December 19, 2014 through November 2, 2019.

**Subject Account-3:** ██████████████████

30. From my review of BitMEX user data produced by Witness-1, which reflected BitMEX user data from in or about August 2018, I know that Subject Account-3 is the email address of record for a BitMEX account with the name ███████████████ and the user name ████████████ From that same information, I know that the ████████ account was created on or about November 25, 2014; was a trading account; was last seen on or about June 8, 2018, approximately two months before the user data reflected in the spreadsheet; and remained enabled as of at least in or about August 2018.

31. From my review of chat communications from BitMEX's Trollbox chat system, which was available to BitMEX users on the BitMEX website and a copy of which was posted to the social media website Reddit, I know that in or about April 2015███████████████████ the BitMEX Trollbox with user "BitMEX_Arthur" about ██████ living in New York City, including the weather in Central Park and the prices for produce in NYC.

32. From my review of electronic communications produced by BitMEX, I know that Subject Account-3 was in direct communication with BitMEX co-founder Arthur Hayes about the U.S.-based user ██████ (the user of Subject Account-2, discussed in paragraphs 24-29, *supra*). In or about June 2016, ████████ emailed Hayes from Subject Account-3 and stated in substance and in part that BitMEX user████████tated in a chatroom called the "vip room" that he had received an error message when attempting to access BitMEX and that another user responded that "Arthur nixed you." Hayes responded to ████████ email by asking in substance

16

12.06.2018

US_00002443

**CONFIDENTIAL MATERIAL**