# EXHIBIT 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

In the Matter of Warrants for All
Content and Other Information
Associated with the Email Account
██████████████████
Maintained at Premises Controlled by
Google LLC, USAO Reference No.
2019R00949

------------------------------------------------

# 20 MAG 10475

**TO BE FILED UNDER SEAL**

**AGENT AFFIDAVIT**

**Agent Affidavit in Support of Application for Search Warrants
for Stored Electronic Communications**

STATE OF NEW YORK    )
                           ) ss.
COUNTY OF NEW YORK  )

ELIZABETH A. KUDIRKA, being duly sworn, deposes and says:

**I. Introduction**

    **A.  Affiant**

1. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am a sworn officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated by 18 U.S.C. § 2516. I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI") since May 2018. Prior to becoming a Special Agent, I was an Investigative Specialist for the FBI, where I conducted surveillance operations in furtherance of counter terrorism, counterintelligence, criminal, and cyber investigations for three years. As a Special Agent, I attended a 20-week basic field training course where I received extensive training in law, investigative techniques, surveillance, tactics, and firearms. During that course, I received blocks of instruction on complex financial crimes including money laundering and securities fraud. I have also completed FBI web-based instructional courses on complex financial crimes. I have examined digital evidence related

2

12.06.2018

US_00002596

**CONFIDENTIAL MATERIAL**

customer identification if an account was compromised or lost access.[1]  As Dwyer described, a customer only needs a first name and last name, an email address, and a password to register for BitMEX, but BitMEX does not take steps upon signup to check the first and last name provided against any form of identification. From the information described above, Dwyer appears to be mistaken about the fact that BitMEX users needed a first and last name to register with the platform.

17. In or about November 2019, I interviewed a former BitMEX employee ("Witness- 1")[2]. During those interviews, Witness-1 stated the following, in substance and in part:

a.  Witness-1 is a former employee of BitMEX.  In Witness-1's role at BitMEX, Witness-1 was familiar with █████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████

---

[1]  When asked about know your customer policies during the Hayes Deposition, Hayes claimed that BitMEX has "risk-based" know-your-customer policies and procedures in which "certain actions by users or customers will trigger [BitMEX] to ask for additional information before they are allowed to continue[] operating on the platform." Hayes claimed that these risk-based policies are triggered in three specific circumstances: (1) if a customer is flagged as coming from a restricted jurisdiction and challenges that designation; (2) if a customer loses their two-factor authentication code; and (3) if one of the BitMEX founders in reviewing customer withdrawal activity notices "something out of place." Hayes acknowledged that this process did not apply to all customer accounts and nowhere claimed that BitMEX collected or verified accountholder identification across its customer base – data integral to the assessment of risk associated with a particular customer in a "risk-based" KYC program.

[2]  Witness-1 is cooperating with the Government's investigation ████████████████ ███████████████████  Further, Witness-1 may face criminal exposure for obstruction; no promises regarding leniency as to any potential charges have been extended to Witness-1. Witness-1 has been informally offered a non-prosecution agreement by the United States Attorney's Office.

10

12.06.2018

US_00002604

CONFIDENTIAL MATERIAL