# EXHIBIT 16



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 15, 2020

**BY EMAIL/USAFx/FedEX**
Douglas Yatter, Esq.
Benjamin Naftalis, Esq.
Jack McNeily, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

> Re:   ***United States v. Samuel Reed***, **20 Cr. 500 (JGK)**
> **Global Production 02**
> **Global Production 03**
> **3500 Production 02**

Dear Counsel:

Pursuant to the terms set out in our original discovery letter dated November 10, 2020, this letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."), and voluntary early disclosure of materials under 18 U.S.C. Section 3500. The Government may seek to rely on any of the materials described below and in its prior productions, including documents within productions designated as 3500 productions, in its case-in-chief at trial. Based on your request for discovery in this case, I have enclosed copies of the following materials, including materials designated as Confidential Material and Sensitive Disclosure Material pursuant to the Protective Order in this case:

| GLOBAL PRODUCTION 02 (USAFx) | | |
|---|---|---|
| **Bates Range** | | **Description** |
| **NON-CONFIDENTIAL MATERIAL** | | |
| US_00011482 | US_00011485 | BitMEX Trollbox |
| US_00011486 | US_00012932 | BitMEX Website |
| US_00012933 | US_00012978 | Pen Register and Phone GPS Data |
| US_00012979 | US_00013593 | Public Domain |
| US_00013594 | US_00013634 | Videos |
| **CONFIDENTIAL MATERIAL** | | |

| GLOBAL PRODUCTION 03 (Hard Drive from Relativity Vendor) | |
|---|---|
| Bates Range | Description |
| NON-CONFIDENTIAL MATERIAL | |
| US_00232140    US_00233690 | CFTC Access Letter – BitMEX Blog |
| CONFIDENTIAL MATERIAL | |

| 3500 PRODUCTION 02 (USAFx) | | |
|---|---|---|
| **Bates Range** | | **Description** |
| **SENSITIVE DISCLOSURE MATERIAL** | | |
| | | |
| 3517-1 | 3517-1 | Kudirka, Elizabeth |
| 3518-1 | 3518-1 | McGee, Todd |
| 3519-1 | 3519-2 | Greenwood, Jessica |

In addition to the foregoing, the Government discloses the following.

During the course of the investigation in this matter, the FBI and the U.S. Attorney's Office for the Southern District of New York with direct responsibility for this investigation (the "SDNY Investigative Team") used a filter team comprising of FBI agents and prosecutors who are not members of the SDNY Investigative Team (the "Filter Team") to conduct interviews and review materials that potentially reflected attorney-client communications. The witness statements produced today at 3516-103 and 3516-104, and the witness statement previously produced at 3508-12, reflect interviews conducted by the Filter Team that have been redacted by the Filter Team to remove potentially privileged information. The document produced at 3516-155 has also been redacted by the Filter Team to remove such information; the materials produced at 3517-1, 3518-1, 3519-1, and 3519-2 discuss the SDNY Investigative Team's access to 3516-155 prior to its review and redaction by the Filter Team.



Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's initial discover letter dated November 10, 2020. The Government recognizes that its obligation to

provide discovery is of a continuing nature, and the Government will supplement this response as it obtains additional evidence and materials.

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

By: _Jessica Greenwood_____
Jessica Greenwood/Samuel Raymond
Assistant United States Attorneys
(212) 637-1090/6519