# EXHIBIT 18



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2021

**BY EMAIL**
Douglas K. Yatter, Esq.
Benjamin Naftalis, Esq.
Latham & Watkins

    Re:    **United States v. Samuel Reed, 20 Cr. 500 (JGK)**

Counsel:

The Government writes to respond to your letter of January 9, 2021.

A. *Future Productions*

The Government has worked diligently to produce timely discovery in this matter. The three productions made to date include hundreds of thousands of pages of discovery and represent the vast majority of materials in the Government's possession. The Government has also made voluntary early disclosures of Section 3500 materials to assist the defense in the preparation of its case for trial.

We continue to work diligently to produce additional materials on an ongoing basis. We are currently preparing productions that will include, among other items:

- Subpoena Returns from ████████, Arthur Hayes, ████████████████████ HDR Global Trading Limited, █████████████████████████
- Email header data in response to 2703d Orders 20 Mag. 11217 and 20 Mag. 11218;
- Search warrant returns for Search Warrant 20 Mag. 48;
- CFTC production of documents obtained from HDR Global Trading;
- FBI reports; and
- Additional Section 3500 materials.

We cannot as requested provide a firm date for the close of discovery because ██████ and others have not completed their productions of responsive documents. Our investigation and collection of evidence is also ongoing.

B. *Technical Questions*

With respect to Global Production 03, which consists of documents produced out of a Relativity database, the Custodian Value Field includes data provided by the producing party. In

some instances the custodian listed is the individual custodian of an email or other document, rather than the producing party. To enable you to associate documents in Global Production 03 with the producing party, as you have requested, please refer to the index attached hereto as Appendix A.

For documents produced manually outside of Relativity, PDF and native files were produced consistent with our ordinary production standards.

Your January 9, 2021 letter raises technical questions about the ▮▮▮▮ subpoena return documents produced in Global Production 02. We are providing those ▮▮▮▮ subpoena returns to our Relativity vendor and will re-produce them from Relativity, which should resolve those issues.

The cover letters accompanying each of the Government's productions, together with Appendix A hereto, identify the origins of the documents produced by the Government. As you noted in your January 9, 2021 letter, the Global Production 03 documents that were previously listed as having been produced by Headline Asia Limited were in fact produced by ▮▮▮▮▮▮ (and consisted of records concerning Headline Asia Limited). This error has been corrected in Appendix A. The Government has also produced copies of all warrants, pen register orders, and Section 2703(d) orders it obtained in this matter, and will produce the cover letters, if any, that accompanied any responsive production, in a future production.

C. *Taint Team Review*

The Government is continuing to review your requests for disclosure of additional information regarding its use of a Filter Team to review for attorney-client privilege. The Government will identify any documents that were redacted for privilege using white box redactions and replace those documents with revised copies using black box redactions.

D. *Brady Material*

As you know, the Government has made expansive discovery productions to you, including various statements made by potential witnesses in this case; many of these materials would otherwise not be subject to disclosure until closer to any trial, if at all. Contrary to your assertion, the fact that the Government made "voluminous" productions "does not run afoul of *Brady*," "[a]bsent prosecutorial misconduct." *United States v. Rubin/Chambers, Dunhill Ins. Servs.*, 825 F. Supp. 2d 451, 455 (S.D.N.Y. 2011). Since there is no allegation of such misconduct, there is no basis to "requir[e] the Government to undertake the organizational and analytical burdens" to facilitate the preparation of your client's defense. *Id.*; *see also United States v. Ohle*, No. S3 08 CR 1109 JSR, 2011 WL 651849, at *4 (S.D.N.Y. Feb. 7, 2011) (the Government need not "prepare both sides of the case at once."), *aff'd*, 441 F. App'x 798 (2d Cir. 2011).

While the Government does not agree that all the categories you describe in points 1 through 12 on page 4 of your letter necessarily constitute *Brady*, the Government has produced or will be producing all materials in our possession responsive to your request. For example, we point you to the following materials produced to date:

- US_00101069 (May 2, 2018 email from Greg Dwyer to BitMEX customers);

- US_00016242 - US_00016386 (January 17, 2020 Briefing to the CFTC by BitMEX, and the documents cited therein);

- US_00016387 - US_00016421 (January 17, 2020 Briefing to the CFTC by Arthur Hayes, Ben Delo, and your client, and the documents cited therein);

- US_00016422 - US_00016446 (July 13, 2020 Briefing to the CFTC by BitMEX, and the documents cited therein);

- US_00176422 (one of a number of documents in which BitMEX employees use an email footer reading "Transacting on BitMEX is not permitted for, or offered or available to, any person(s) located in or being resident(s) of (i) the United States of America or Québec (Canada).");

- 3516-12, 3516-14, 3516-16, 3516-18 (302s of November 2019 meetings with Witness-1);

- US_00001752, US_00001754 (posts by your client to Reddit);

- US_00172106 (Slack chat between Shehzad Hassam and Greg Dwyer from October 2, 2018);

- US_00172169 (Slack chat between Ben Delo and another BitMEX employee from October 18, 2018, in which Delo says, among other things, "Our policy has always been you may not use us in restricted jurisdictions");

- US_00180886 (Email correspondence, in which Arthur Hayes says, among other things, on March 17, 2016 "Apart from blocking US residents from using our platform we do no other KYC as we are not required to under Seychelles law for the products that we offer.");

- US_00181387 (Email correspondence from Greg Dwyer, including a discussion about "Regulation / AML from Corporates");

- US_00181395 (Document with Greg Dwyer listed as custodian, dated February 8, 2018, entitled "BitMEX Anti-Illicit Activities Policy");

- US_00188069 (Email correspondence regarding access by customers in the United States);

- US_00196835 (Document with Arthur Hayes listed as custodian from July 17, 2016);

- US_00610176 (List of U.S. customers and deactivation);

In a forthcoming production of additional Section 3500 materials for Witness-1, the Government will be producing correspondence and a witness statement in which Witness-1 indicated in substance and in part that the manner in which the Indictment in this case describes the funding of the BitMEX insurance fund is incorrect. *See* 3500 Production 03 (forthcoming production), at 3516-163 (correspondence) and 3516-169 to -170 (witness statements).

The productions also include ample information regarding points 2 through 7 on page 5 of your letter, regarding the witnesses the Government may call in this case. For example, the 302s found at 3516-12, 3516-14, 3516-16, 3516-18, provide detailed information regarding the

background of Witness-1.[1]  The Government has produced or is in the process of producing all witness statements in its possession from currently identified potential witnesses (with the exception of law enforcement witnesses), and will produce any additional materials sufficiently in advance of trial for the defendant to make effective use of it at trial.

As always, we remain available to discuss any specific questions you might have about any particular item of discovery, or to discuss any additional requests for material that you might have.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:    /s/
Samuel Raymond
Jessica Greenwood
Assistant United States Attorneys
Southern District of New York
(212) 637-6519/1090

---

[1]  There is no basis for your request for "[w]itness names and addresses" for any witness whose identity has been redacted.  "[T]he Jencks Act and Rule 26.2 were designed to avoid" the risk "that witnesses will be threatened or intimidated," which means that the Government need not "identify many of its potential witnesses to the defense far in advance of trial." *United States v. Coppa*, 267 F.3d 132, 138 (2d Cir. 2001).

## APPENDIX A

## DETAILED INDEX OF THE CONTENTS OF
## SUBPOENA RETURNS IN GLOBAL PRODUCTION 02

| GLOBAL PRODUCTION 02 (USAFx) | | |
|---|---|---|
| **Bates Range** | | **Description** |
| CONFIDENTIAL MATERIAL | | |
| US_00015032 | US_00015071 | |
| US_00015072 | US_00015144 | |
| US_00015145 | US_00016137 | |
| US_00016138 | US_00016164 | |
| US_00016165 | US_00016184 | |
| US_00016185 | US_00016199 | |

## DETAILED INDEX OF THE CONTENTS OF GLOBAL PRODUCTION 03

| GLOBAL PRODUCTION 03 (Hard Drive from Relativity Vendor) | | |
|---|---|---|
| **Bates Range** | | **Description** |
| NON-CONFIDENTIAL MATERIAL | | |
| US_00232140 | US_00233690 | CFTC Access Letter – BitMEX Blog (HDR Global Trading Limited) |
| CONFIDENTIAL MATERIAL | | |

---

[2] The ▮▮▮▮▮▮▮ records produced at this Bates range relate to a separate matter with no relevance to this case and were inadvertently produced here.

