# EXHIBIT 19



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 22, 2021

**BY EMAIL/USAFx/FedEX**
Douglas Yatter, Esq.
Benjamin Naftalis, Esq.
Jack McNeily, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

> **Re:** ***United States v. Samuel Reed*, 20 Cr. 500 (JGK)**
> **Pending Global Productions 04, 06**
> **Global Production 05**
> **3500 Production 03**
> **STR Production 03**

Dear Counsel:

Pursuant to the terms set out in our original discovery letter dated November 10, 2020, this letter provides supplemental discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P.").

Based on your request for a description of forthcoming discovery productions, the Government discloses the following materials, including materials designated as Confidential Material pursuant to the Protective Order in this case, which are currently being processed and prepared for production:

| PENDING GLOBAL PRODUCTION 04 ||
| --- | --- |
| **Bates Range** | **Description** |
| CONFIDENTIAL MATERIAL ||
|  |  |

| PENDING GLOBAL PRODUCTION 06 ||
| --- | --- |
| **Incoming Bates Range** *US_ Prefix TBD* | **Description** |
| CONFIDENTIAL MATERIAL ||
|  |  |

███████████████████████████████████████████

Based on your request for discovery in this case, I have also enclosed copies of the following materials, including materials designated as Confidential Material and Sensitive Disclosure Material pursuant to the Protective Order in this case:

| GLOBAL PRODUCTION 05 (USAFX) | | |
|---|---|---|
| **Bates Range** | | **Description** |
| | | |
| | | |
| US_00018601 | US_00018606 | Telegram Export – Whale Club<br>*Note: US_00018602 is a folder intentionally excluded from this production due to technical issues, which will be re-produced in a later production.* |
| **CONFIDENTIAL MATERIAL** | | |
| US_00016452 | US_00016501 | 2703d Order Return – 20 Mag. 11217 |
| US_00016502 | US_00016513 | 2703d Order Return – 20 Mag. 11218 |
| US_00016514 | US_00016554 | Chainalysis Data |
| US_00016555 | US_00016828 | FBI Reports |
| | | |
| US_00017516 | US_00018600 | Search Warrant Return – 20 Mag. 48 |

| 3500 PRODUCTION 03 | | |
|---|---|---|
| **Bates Range** | | **Description** |
| **SENSITIVE DISCLOSURE MATERIAL** | | |
| ███████ | | ███████ |
| 3516-157 | 3516-169 | Witness-1 |
| 3516-103-Revised | 3516-104-Revised | |
| 3516-155-Revised | 3516-155-Revised | |
| 3520-1 | 3520-2 | Source-6 |

| STR PRODUCTION 03 | | |
|---|---|---|
| **Bates Range** | | **Description** |
| **NON-CONFIDENTIAL MATERIAL** | | |
| STR_00000237 | STR_00000240 | Reed Service |

Nothing in this letter should be construed as a modification to the Government's requests for discovery from the defendant or any other information set forth in the Government's initial discover letter dated November 10, 2020.  The Government recognizes that its  obligation to provide discovery is of a continuing nature, and the Government will supplement this response as it obtains additional evidence and materials.

Very truly yours,

AUDREY STRAUSS
United States Attorney

By: _Jessica Greenwood_____

Jessica Greenwood/Samuel Raymond
Assistant United States Attorneys
(212) 637-1090/6519