# EXHIBIT 21

**Douglas K. Yatter**
Direct Dial: (212) 906-1211
douglas.yatter@lw.com

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

April 13, 2021

**VIA E-MAIL**

Jessica Greenwood
Samuel Raymond
Assistant United States Attorneys
United States Attorney's Office
1 St. Andrew's Plaza
New York, New York  10007

Re:  ***United States v. Hayes et al.*, No. 20 Cr. 500 (JGK)**

Dear Ms. Greenwood and Mr. Raymond:

In advance of tomorrow's discovery conference before Judge Koeltl, we write to follow up on an outstanding request and to make related requests regarding Witness-1's devices.

In our March 11, 2021 letter to the government (the "Def. Mar. 11 Letter"), we requested that the government (1) confirm it is in possession of the hard drive Witness-1 obtained from a BitMEX laptop computer containing BitMEX corporate documents that Witness-1 retained after his employment with BitMEX ended and that he shipped to the FBI on December 4, 2019, (2) identify any and all documents or other materials in the government's productions that contain contents of the hard drive, and (3) immediately produce the original hard drive or a forensic copy of it to the defense.  *See* Def. Mar. 11 Letter at 2-3 (citing 3516-3, 3516-12, 3516-14, 3516-32, 3516-165).  To date, we have not received a response to our requests regarding the hard drive. We renew our request for the information described above.

Relatedly, based on our continued review of the government's productions, we understand that, in addition to the hard drive, the government is also in possession of Witness-1's Apple iPhone 11 Pro Max and Apple iPhone 6s (the "Witness-1 Phones").  *See* US_00002464, US_00002465, US_00002469, US_00002486, US_00002487, US_00002522.  We have identified certain material in the government's productions relating to Witness-1's iPhone 6s, *see* US_00017516 – US_00018600 (Search Warrant Return – 20 Mag. 48 production set), but have not identified any material in the government's productions relating to Witness-1's iPhone 11 Pro Max.  The government has not produced either of the Witness-1 Phones themselves, or forensic copies of either, for our review.  We respectfully request that the government (1) confirm it is in possession of both of the Witness-1 Phones, (2) identify any and all documents or other materials in the government's productions that contain contents from the Witness-1

LATHAM&WATKINS LLP

Phones, and (3) immediately produce the Witness-1 Phones or forensic copies of the Witness-1 Phones. Those materials are required to permit our effective defense of Mr. Reed and prepare for trial.

Please let us know the government's positions on these requests by tomorrow morning at 10 am ET. If the government is unable or unwilling to provide its positions on these requests by that deadline, we intend to raise these issues with the Court at the discovery conference tomorrow.

\*        \*        \*

We appreciate your attention to these matters and are available to discuss before tomorrow's conference. Thank you.

Very truly yours,

/s/ Douglas K. Yatter
Douglas K. Yatter
Benjamin A. Naftalis
of LATHAM & WATKINS LLP