# EXHIBIT 22



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2021

**BY EMAIL**
Douglas K. Yatter, Esq.
Benjamin Naftalis, Esq.
Latham & Watkins

> Re:    **United States v. Samuel Reed, 20 Cr. 500 (JGK)**

Counsel:

The Government writes to respond to your letter of April 13, 2021.

The Government confirms that it is in possession of the hard drive provided by Witness-1. The Government's review of this hard drive is ongoing, pursuant to the search warrant that authorized the search of the hard drive, and the Government will produce materials subject to Rule 16 that are responsive to the search warrant. A copy of that search warrant may be found at US_00002465–US_00002485. The Government is aware of no authority that would support the position that a criminal defendant is entitled to access the original hard drive or entire forensic image of the hard drive, or any materials beyond the scope of that search warrant, and then subject to Rule 16, *Brady*, or *Giglio*. *Cf. United States v. Collins*, 409 F. Supp. 3d 228, 244 (S.D.N.Y. 2019) (holding that once the Government "conducted a search of [] data consistent with the Fourth Amendment and a search warrant," it "does not have the legal authority to go back and search materials that are non-responsive," and noting that defendants cited no "case law to support their proposition that the Government's *Brady* obligation gives it the legal right to search [] data over [the owner's] objection, nor do Defendants explain how such a search would not be inconsistent with [the owner's] Fourth Amendment rights."). Please provide us with any authority you may have to support your entitlement to production of the entire hard drive or a forensic copy,

As to Witness-1's iPhone 6s, the Government is not in possession of the original phone. As with the hard drive the Government is aware of no authority to support your request for the entire forensic image of the iPhone 6s, and requests that you provide any such authority. The Government has produced to you all materials responsive to the search warrant that are subject to disclosure under Rule 16, *Brady*, and *Giglio*. US_00017518 – US_00018600. The Government is engaging in a further review of the forensic image based on consent from Witness-1 to determine if any other material, beyond the material responsive to the search warrant, is subject to disclosure under Rule 16, *Brady*, or *Giglio*.

As to Witness-1's Apple iPhone 11 Pro Max (the "iPhone 11"), the Government is not in possession of the original phone, and there are no materials from the iPhone 11 in the Government's productions, as the Government has not been able to search the forensic image in the Government's possession. An Investigative Analyst working at the Government created a

forensic image while Witness-1 was present at the United States Attorney's Office in November 2019.  That device was extracted to the hard drive of a Government laptop.  Prior to any search of the forensic image, the hard drive on the laptop stopped functioning and the forensic image could not be accessed.  The Government sent the hard drive of the laptop to technicians at the FBI, who attempted to recover the data, but were unsuccessful.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:     /s/
Samuel Raymond
Jessica Greenwood
Assistant United States Attorneys
Southern District of New York
(212) 637-6519/1090