# EXHIBIT 28



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 21, 2021

**BY EMAIL**
Douglas Yatter, Esq.
Benjamin Naftalis, Esq.
Jack McNeily, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Douglas.Yatter@lw.com
Benjamin.Naftalis@lw.com
Jack.McNeily@lw.com
Counsel for Samuel Reed

  Re:  **United States v. Samuel Reed, 20 Cr. 500 (JGK)**

Counsel:

  The Government writes to respond to your letter of May 19, 2021.

 A. *Witness-1 Devices*

  As conveyed in our prior letters and discussion, the Government disagrees that you or the defendant are entitled to a substantive review of all materials contained on the Witness-1 Devices. You have received or will receive information "contain[ed] or potentially contain[ed]" in the Witness-1 Devices that is subject to disclosure under applicable law. Your letter inaccurately asserts that the Government "does not dispute the materiality of the Witness-1 Devices," because the Government fully disputes your apparent position that the *entirety* of the materials on the Witness-1 Devices (or the physical devices themselves) are subject to disclosure. The Government respectfully submits that your recourse must be with the Court, by the assigned deadline of June 4, 2021.[1]

 B. *Brady* and *Giglio* Material

  The Government looks forward to responding to your motion regarding your position that the Government must assay the CFTC's investigatory files. As the Government previously described, the United States Attorney's Office's investigation was parallel to, not joint with, the CFTC's investigation, so "the United States Attorney's Office cannot be obligated to produce

---

[1] As stated in our telephonic discussion on May 6, 2021 and the Government's May 7, 2021 Letter, the Government would evaluate a request for physical inspection of the Witness-1 Devices or their forensic images.

documents in the custody of the" CFTC.  *United States v. Rigas*, No. 02-CR-1236 (LBS), 2008 WL 144824, at *2 (S.D.N.Y. Jan. 15, 2008), *aff'd*, 583 F.3d 108 (2d Cir. 2009).

C. *Filter Team and Technical Production Issues*

As always, we remain available to discuss any specific questions you might have about any particular item of discovery, or to discuss any additional requests for material that you might have.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:    /s/
Samuel Raymond
Jessica Greenwood
Assistant United States Attorneys
Southern District of New York
(212) 637-6519/1090