```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :
UNITED STATES OF AMERICA
                                                     :
        - v. -
                                                     :      20 Cr. 500 (JGK)
ARTHUR HAYES,
BEN DELO, and                                        :
SAMUEL REED,
                                                     :
                Defendants.
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a motion to seal/redact portions of the transcript of the August 11, 2021 conference in this matter (Dkt. No. 117) will be submitted to the court reporter/court within 21 days from the filing of the transcript with the Clerk of Court (specifically, by no later than September 13, 2021).

Dated: New York, New York
       August 27, 2021

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        United States Attorney

                            By:    /s/
                                        Jessica Greenwood
                                        Samuel Raymond
                                        Assistant United States Attorneys
                                        (212) 637-2360/6519

1