UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 20 Cr. 500 (JGK) |
| ARTHUR HAYES, BENJAMIN DELO, SAMUEL REED and GREGORY DWYER, | ORAL ARGUMENT REQUESTED |
| *Defendants*. | |

## NOTICE OF DEFENDANTS' MOTION FOR A BILL OF PARTICULARS

PLEASE TAKE NOTICE that Defendants Arthur Hayes, Benjamin Delo, and Samuel Reed ("Defendants"), by and through their undersigned counsel, hereby move this Court before the Honorable John G. Koeltl, United States District Judge for the Southern District of New York, 500 Pearl Street, Courtroom 14A, New York, New York 10007, at a date and time to be determined by the Court, for an Order directing the government to provide a bill of particulars pursuant to Federal Rule of Criminal Procedure 7(f) and for such other and further relief as the Court deems just and proper (the "Motion").

PLEASE TAKE NOTICE that the Motion is made and based on this Notice of Motion, the accompanying Memorandum of Law, and the Declaration of Andrew J. Rodgers filed concurrently with exhibits in support hereof, and on such other pleadings, oral and documentary evidence, and arguments as may be presented to the Court.

Dated: September 10, 2021
       New York, New York

Respectfully submitted,

/s/ *Andrew J. Rodgers*
Patrick J. Smith
Andrew J. Rodgers
SMITH VILLAZOR LLP
250 West 55th Street, 30th Floor
New York, New York 10019
Tel: (212) 377-0851
patrick.smith@smithvillazor.com
andrew.rodgers@smithvillazor.com

Harlan A. Levy
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (646) 927-5500
hlevy@foleyhoag.com

*Attorneys for Defendant Benjamin Delo*

/s/ *Douglas K. Yatter**
Douglas K. Yatter
Benjamin Naftalis
Hanyu (Iris) Xie
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200
douglas.yatter@lw.com
benjamin.naftalis@lw.com
iris.xie@lw.com

Jack M. McNeily
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Tel: (312) 876-7700
jack.mcneily@lw.com

*Attorneys for Defendant Samuel Reed*

/s/ *James J. Benjamin, Jr.**
James J. Benjamin, Jr.
Katherine Goldstein
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-8091
jbenjamin@akingump.com
kgoldstein@akingump.com

Peter Altman
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Tel: (310) 299-1000
paltman@akingump.com

*Attorneys for Defendant Arthur Hayes*

---

\* Electronic signature used with consent