```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA,
                Plaintiff,        20-cr-500 (JGK)

    - against -                ORDER

ARTHUR HAYES ET AL.,
                Defendants.

---

**JOHN G. KOELTL, District Judge:**

At the hearing on August 11, 2021, the Court requested that the parties discuss the scope of the outstanding issues relating to the motions to compel production of certain materials at ECF Nos. 86 and 87. The Court also asked the parties, to the extent there remained issues on which the parties do not agree, to indicate those in a letter to the Court by September 10, 2021. See ECF No. 112 at 72-73. The parties have not submitted such a letter. The parties should submit a letter to the Court no later than September 27, 2021, indicating whether any issues remain for the Court's decision.

SO ORDERED.
Dated:    New York, New York
           September 22, 2021

                                      John G. Koeltl
                                United States District Judge