

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 27, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **<u>United States v. Hayes et al.</u>, No. 20 Cr. 500 (JGK)**

Dear Judge Koeltl:

      The Government and defense counsel are working to draft a joint letter outlining the remaining issues in dispute after the August 11, 2021 conference, of which there are several. The parties respectfully request that the Court allow the parties to file the letter on September 28, 2021, one day after the Court's current request for a letter by September 27. The parties are thankful for the Court's consideration.

      Very truly yours,

      AUDREY STRAUSS
      United States Attorney


by: *Samuel L. Raymond*
      Samuel Raymond
      Jessica Greenwood
      Thane Rehn
      Assistant United States Attorney
      (212) 637-6519

cc: All Defense Counsel