UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

ARTHUR HAYES, BENJAMIN DELO, SAMUEL REED,
AND GREGORY DWYER
                Defendants.
------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**TELECONFERENCE**

20-CR-500   (JGK)

Defendant _____Arthur Hayes_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_X__ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Arthur Hayes____
Print Defendant's Name

___/s/ James J. Benjamin, Jr._____
Defense Counsel's Signature

___James J. Benjamin, Jr._____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

__10/13/21__
Date

_____
U.S. District Judge