

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2021

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Arthur Hayes*, 20 Cr. 500 (JGK)

    As ordered by the Court, the Government notes that on or about November 16, 2021, the Government made a filing, *ex parte* and under seal, with the Court.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: *Samuel L. Raymond*
Samuel L. Raymond
Assistant United States Attorney
(212) 637-6519