# Akin Gump
STRAUSS HAUER & FELD LLP

JAMES JOSEPH BENJAMIN, JR.
+1 212.872.8091/fax: +1 212.872.1002
jbenjamin@akingump.com

November 19, 2021

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
11/19/21

Re:   *United States v. Hayes et al.*, No. 20 Cr. 500 (JGK)

Dear Judge Koeltl:

    We respectfully write on behalf of all parties to request an adjustment to the current schedule for submission of proposed voir dire questions. Pursuant to the current scheduling order, voir dire questions are due on December 3, 2021, the same day as in limine motions, requests to charge, and Daubert motions. (ECF No. 71.) The parties respectfully request that the date for submission of proposed voir dire questions should be adjourned to 45 days before trial, which is February 11, 2022. The parties are grateful for the Court's consideration of this request.

Respectfully,

*/s/ James Joseph Benjamin, Jr.*

James Joseph Benjamin, Jr.