```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,
                Plaintiff,        20-cr-500 (JGK)

   - against -              ORDER

ARTHUR HAYES ET AL.,
                Defendants.

JOHN G. KOELTL, District Judge:

The Court does not expect the 2:00 p.m. conference on November 23, 2021 to last longer than until 3:00 p.m.

To accommodate counsel, the Court will take up the Bill of Particulars first, followed by scheduling issues for Mr. Dwyer, and then any discovery issues raised in the joint letter, ECF No. 181.

SO ORDERED.
Dated:    New York, New York
          November 22, 2021

                                          John G. Koeltl
                                     United States District Judge