UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ARTHUR HAYES ET AL.,
                Defendants.

20-cr-500 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the teleconference held on November 23, 2021, the defendants' motion for a bill of particulars is **denied**. The Clerk is directed to close Docket No. 126.

SO ORDERED.
Dated:   New York, New York
         November 24, 2021

                                          _____
                                             John G. Koeltl
                                        United States District Judge