UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                 20 cr 500 (JGK)

    -against-

**ORDER**

ARTHUR HAYES, et al,
                Defendants.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

**Trial in this matter is adjourned to Wednesday, March 30, 2022, at 9:00am.**

**SO ORDERED.**

                                    _/s/ John G. Koeltl_
                                    **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 7, 2021