# Akin Gump

## STRAUSS HAUER & FELD LLP

**JAMES JOSEPH BENJAMIN, JR.**
+1 212.872.8091/fax: +1 212.872.1002
jbenjamin@akingump.com

December 13, 2021

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10001

APPLICATION GRANTED
SO ORDERED
12/13/21
John G. Koeltl, U.S.D.J.

Re:   *United States v. Hayes, et al.*, 20 Cr. 500 (JGK)

Dear Judge Koeltl:

Pursuant to the Court's order of May 11, 2021, ECF No. 71, the government and the Defendants will submit oppositions to motions *in limine* to the Court today. The same motion papers will be delivered to Chambers in both hard copy and electronic form.

Having conferred with the government pursuant to this Court's Individual Practices Rule VI.A.2, the parties respectfully seek leave from the Court to file these motion papers under seal at the present time because their supporting memoranda of law, declarations, and exhibits include materials that the government has designated "Confidential" or "Sensitive" pursuant to the protective orders that have been entered in this case, ECF Nos. 23, 41, 55, and that the moving parties contend are irrelevant, prejudicial, or otherwise inadmissible. The parties will confer on proposed redactions.

Respectfully submitted,

James Joseph Benjamin, Jr.

cc:   Douglas K. Yatter (counsel to Samuel Reed)
      Benjamin Naftalis (counsel to Samuel Reed)
      Patrick J. Smith (counsel to Benjamin Delo)
      Harlan A. Levy (counsel to Benjamin Delo)



**Akin Gump**

STRAUSS HAUER & FELD LLP

December 13, 2021
Page 2

      AUSA Samuel Raymond
      AUSA Jessica Greenwood
      AUSA Nathan Rehn
      All Counsel of Record (via ECF)