UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA

    - against -

ARTHUR HAYES ET AL.,

        Defendants.

20-cr-500 (JGK)

ORDER
───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    Defendant Gregory Dwyer's motion for a severance is **granted**. As the Court explained at the conference on November 23, 2021, the Court is aware of the advantages of a joint trial, but those advantages are outweighed by the prejudice to this defendant. The defendant will have had substantially less time than the other defendants to prepare for trial and would be prejudiced by the lack of time to prepare for this complex case, including the opportunity to review the extensive discovery and to brief and argue pre-trial motions directed to this particular defendant.

    The trial date for Gregory Dwyer is **Monday, October 24, 2022 at 9:00 a.m.** The final pre-trial conference is **Wednesday, October 19, 2022 at 10:00 a.m.**

    Defendant Gregory Dwyer need not respond at this time to any of the Government's current motions directed against all the defendants.

    By January 7, 2022, the Government and Defendant Gregory Dwyer should suggest a proposed schedule for the remaining motions and other submissions relating to Gregory Dwyer.

The Court prospectively excludes the time from today, **December 15, 2021,** until **October 24, 2022,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Clerk is directed to close Docket No. 216.

**SO ORDERED.**

Dated:   New York, New York
         December 15, 2021

_____
John G. Koeltl
**United States District Judge**