# Akin Gump
STRAUSS HAUER & FELD LLP

**JAMES JOSEPH BENJAMIN, JR.**
+1 212.872.8091/fax: +1 212.872.1002
jbenjamin@akingump.com

February 4, 2022

VIA ECF

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
2/4/22
John G. Koeltl, U.S.D.J.

Re:   *United States v. Hayes, et al.*, 20 Cr. 500 (JGK)

Dear Judge Koeltl:

We respectfully submit this letter on behalf of Arthur Hayes to request permission for Mr. Hayes to travel from the District of Wyoming to the Central District of California and Eastern District of California from February 5 to February 14. Pretrial services takes no position but notes that Mr. Hayes has been compliant throughout his supervision, and the government has not provided their position to this request.

Mr. Hayes is currently on bail with travel limited to and from New York (all districts) and Singapore from his residence in the Southern District of Florida, and points in between necessary for travel. Mr. Hayes also has been permitted to travel to and from the District of Wyoming and all points in between necessary for travel during the period of January 2, 2022 to March 1, 2022. (ECF No. 233.)

We are happy to answer any questions the Court may have.

Respectfully submitted,

James Joseph Benjamin, Jr.

cc:   AUSA Samuel Raymond (*via ECF*)
      AUSA Jessica Greenwood (*via ECF*)
      USPT Madalyn Toledo (*via email*)