

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 9, 2022

**BY ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
5/9/22

Re:   *United States v. Arthur Hayes*, 20 Cr. 500 (JGK)

Dear Judge Koeltl:

The Government respectfully submits this letter requesting that, in light of the Court's rescheduling of the defendant's sentencing to May 20, that the Government be permitted to file its sentencing submission on May 12, rather than the currently scheduled date of May 10. Defense counsel consents with this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   *Samuel Raymond*
Samuel Raymond
Jessica Greenwood
Thane Rehn
Assistant United States Attorneys
(212) 637-6519/1090/2354

cc:   Counsel of Record (by ECF)