UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ARTHUR HAYES, BENJAMIN DELO,
SAMUEL REED and GREGORY DWYER,

*Defendants*.

20 Cr. 500 (JGK)

### [~~PROPOSED~~] ORDER EXONERATING BAIL AND RELEASING PASSPORT AND HONG KONG IDENTITY CARD FROM PRETRIAL SERVICES

WHEREAS, Defendant Benjamin Delo executed a $20,000,000 Appearance Bond secured by $2,000,000 deposited with the Court;

WHEREAS, Defendant Delo surrendered his Grenadian passport and Hong Kong identity card to Pretrial Services pursuant to the terms of his Conditions of Release;

WHEREAS, on June 15, 2022, Defendant Delo was sentenced to thirty (30) months probation;

WHEREAS, the Court required Mr. Delo to pay a $100 special assessment and report to the Probation Department within seventy-two (72) hours; and

WHEREAS, on June 16, 2022, Mr. Delo reported to the Probation Department and, on June 19, 2022, paid the $100 special assessment.

IT IS HEREBY ORDERED, upon the application of counsel for Defendant Delo, that the bail is exonerated and released. The Clerk of the Court shall return $2,000,000 to Mr. Delo, payable to Smith Villazor LLP, and Pretrial Services shall return Mr. Delo's Grenadian passport and Hong Kong identity card to his counsel, Smith Villazor LLP.

SO ORDERED

Dated: New York, New York
      June 22, 2022

                                          /s/ John G. Koeltl
                                          THE HONORABLE JOHN G. KOELTL
                                          UNITED STATES DISTRICT JUDGE