UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR HAYES, BENJAMIN DELO,<br>SAMUEL REED and GREGORY DWYER,<br><br>*Defendants*. | 20 Cr. 500 (JGK) |

**[PROPOSED] ORDER**

JOHN G. KOELTL, United States District Judge:

The motion for an order granting the withdrawal of Andrew J. Rodgers as counsel for defendant Benjamin Delo in the above-captioned action is GRANTED.

Dated: 7/28, 2022
New York, New York

SO ORDERED:

_____
HON. JOHN G. KOELTL
United States District Judge