UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR HAYES, BENJAMIN DELO, GREGORY DWYER, and SAMUEL REED,<br><br>*Defendants*. | 20 Cr. 500 (JGK) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Criminal Rule 1.2 and Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, the undersigned counsel, Elise B. Maizel, respectfully requests leave to withdraw as counsel of record for defendant Arthur Hayes.

1. The government instituted this action against Mr. Hayes on September 21, 2020 (ECF No. 1).

2. Mr. Hayes was sentenced on May 20, 2022 and the Judgment was filed on May 26, 2022 (ECF No. 344).

3. Local Criminal Rule 1.2 states: "Attorneys representing defendants in criminal cases shall file a notice of appearance. Once a notice of appearance has been filed, the attorney may not withdraw except upon prior order of the Court pursuant to Local Civil Rule 1.4."

4. Local Civil Rule 1.4 states:

> An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from the case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the

1

calendar, and whether or not the attorney is asserting a retaining or charging lien. all applications to withdraw must be served upon the client and (unless excused by the Court) upon all other parties.

5. As of July 29, 2022, the undersigned counsel is no longer associated with Akin Gump Strauss Hauer & Feld LLP.

6. Mr. Hayes shall continue to be represented by remaining counsel of record from Akin Gump Strauss Hauer & Feld LLP.

7. No retaining or charging lien is being asserted.

For the reasons set forth herein, the undersigned counsel respectfully requests that the Court grant the Motion for Leave to Withdraw as Counsel of Record for Mr. Hayes.

Dated: August 9, 2022

Respectfully submitted,

/s/ Elise B. Maizel
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000
emaizel@akingump.com

*Counsel for Defendant Arthur Hayes*