Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T   +1 212.872.1000
F   +1 212.872.1002
akingump.com

# Akin

**JAMES JOSEPH BENJAMIN, JR.**
+1 212.872.8091/fax: +1 212.872.1002
jbenjamin@akingump.com

March 17, 2023

**VIA ECF**

The Honorable Judge John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten: (1) Application to file the redacted version of the attached letter is granted. So Ordered. /s/ John G. Koeltl 3/17/23 U.S.D.J.]*

Re:   *United States v. Hayes, et al.*, No. 20 Cr. 500 (JGK)

Dear Judge Koeltl:

We respectfully submit this letter on behalf of Arthur Hayes to request leave to file a letter with the Court under seal. A redacted copy of the letter is attached to this letter motion. We respectfully seek leave from the Court to file our letter under seal because the contents of the letter include references to certain private and personal information. An unredacted version of Mr. Hayes's letter will be delivered to Chambers via email in electronic form.

We are available at the Court's convenience to discuss any questions. Thank you.

Respectfully Submitted,

/s/ James Joseph Benjamin, Jr.

James Joseph Benjamin, Jr.

cc:   AUSAs Jessica Greenwood, Samuel Raymond, and Nathan Rehn (*via ECF*)

ENCLOSURE.

Akin Gump Strauss Hauer & Feld LLP  T  +1 212.872.1000
One Bryant Park  F  +1 212.872.1002
Bank of America Tower  akingump.com
New York, NY 10036



**JAMES JOSEPH BENJAMIN, JR.**
+1 212.872.8091/fax: +1 212.872.1002
jbenjamin@akingump.com

March 17, 2023

VIA EMAIL (REDACTED VERSION FILED VIA ECF)

The Honorable Judge John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Hayes, et al.*, No. 20 Cr. 500 (JGK)

Dear Judge Koeltl:

We respectfully submit this letter on behalf of Arthur Hayes to request that the Court

The government does not object to Mr. Hayes's request.

We appreciate the Court's attention to this request.

Respectfully submitted,

James Joseph Benjamin, Jr.



March 17, 2023
Page 2

cc:   AUSAs Jessica Greenwood, Samuel Raymond, and Nathan Rehn (*via email and ECF*)